MEMO ENDORSED

**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

February 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

<u>VIA ECF</u>

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re:   <u>Lavelle v. Ackerman Institute for the Family; Case No. 1:19-cv-09675-DLC</u>

Your Honor:

      We represent Defendant Ackerman Institute for the Family in the above-referenced action. We write to request an adjournment of the Initial Pretrial Conference currently scheduled for February 28, 2020 [Dkt. 14] due to the fact that a Mediation Conference has been scheduled for March 3, 2020. The parties request that the Initial Pretrial Conference be adjourned to a date after March 3. This is the second request overall in this action for an adjournment of the Initial Pretrial Conference, and the first by undersigned counsel.

      Michael Grenert, Esq., counsel for Plaintiff Lisa Lavelle, has consented to the present request. All counsel are available on the following dates to reschedule the Initial Pretrial Conference at the Court's convenience: March 13, April 3, April 24.

      We thank the Court for its consideration of this request.

Respectfully submitted,

*Lisia Leon/MKS*

Lisia Leon

Cc:   Michael Grenert, Esq. (via ECF and electronic mail)
      Andrea Paparella, Esq. (via ECF and electronic mail)

*The conference is scheduled for 3/13 at 3:30 p.*

*Denise Cote*
*2/10/20*