```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv9675(DLC)
LISA LAVELLE,                            :
                         Plaintiff,      :    ORDER
              -v-                        :
                                         :
ACKERMAN INSTITUTE FOR THE FAMILY,       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for Friday, March 13 at 3:30 p.m. will be held telephonically. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202. Principal trial counsel must participate in the telephone conference.

Dated:   New York, New York
         March 10, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge